

9321 Ensign Avenue South, Bloomington, MN 55438
Main: 952.548.7200 | www.iversonlaw.com

**Ashley M. Ramstad**
Direct: 952.548.7211
ashley@iversonlaw.com

February 9, 2024

Honorable Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

Re:   Todd Boggis v. City of Moorhead, et al.
      Court File No. 22-CV-02576 WMW-LIB

Dear Magistrate Judge Brisbois:

On February 2, 2024, Defendants filed a motion with this Court to compel Plaintiff to supplement his Answers to Defendants' First Set Interrogatories and Responses to Defendants' First Set of Requests for Production of Documents, and to compel Answers to Defendants' Second Set of Requests for Production of Documents.

On February 6, 2024, Plaintiff produced the Answers and Responses. Accordingly, we are withdrawing Defendants' Motion to Compel Discovery that was scheduled to be heard February 16, 2024. Thank you.

Sincerely,

*s/Ashley Ramstad*