UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Todd Boggis, | Civil No. 22-CV-2576 WMW/LIB |
| Plaintiff, | |
| vs. | |
| City of Moorhead; and Officer J. Hanson, Officer T. Hennen, Officer M. Fildes, Officer B. Kvam, Officer S. Van Dyke, Officer B. Heide, and Sergeant C. Martin, in their Individual and official capacities, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**
_____

The undersigned attorneys hereby notify the Court and counsel that Julia C. Kelly shall no longer appear as counsel of record for Defendants City of Moorhead, Officer Jonathan Hanson, Officer Tanner Hennen, Officer Michael Fildes, Officer Brett Kvam, Officer Shaun Van Dyke, Officer Brandon Heide, and Sergeant Chris Martin in this case.

2

Dated:  February 13, 2024	s/Jason M. Hiveley  
	Jason M. Hiveley, #311546  
	Aaron M. Bostrom, #401773  
	Ashley M. Ramstad, #402446  
	IVERSON REUVERS  
	9321 Ensign Avenue South  
	Bloomington, MN 55438  
	jasonh@iversonlaw.com  
	aaron@iversonlaw.com  
	ashley@iversonlaw.com  
	(952) 548-7200  
	*Attorneys for Defendants*